FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TELQUIST McMILLEN CLARE, PLLC, a Washington Professional Limited Liability Company, and ANDREA CLARE, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEVIN P. CLARE, individually, and BENJAMIN DOW, individually,<br><br>    Defendants. | No. 4:18-cv-05045-SAB<br><br>**ORDER DISMISSING DEFENDANT BENJAMIN DOW** |

Before the Court is Plaintiffs' Motion for Voluntary Dismissal of Defendant Benjamin Dow, ECF No. 39. Plaintiffs inform the Court that they have resolved their claims against Defendant Benjamin Dow and, therefore, request that he be dismissed from this case. The Court finds good cause to grant Plaintiffs' motion.

//
//
//
//
//
//
//
//

**ORDER DISMISSING DEFENDANT BENJAMIN DOW ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Voluntary Dismissal of Defendant Benjamin Dow, ECF No. 39, is **GRANTED**.

2. Plaintiffs' claims against Defendant Benjamin Dow are **DISMISSED with prejudice**.

3. Benjamin Dow is **DISMISSED** from this action.

**IT IS SO ORDERED.** The District Court clerk is hereby directed to enter this Order, provide copies to counsel, and **STRIKE** Defendant Benjamin Dow from the case caption.

**DATED** this 8th day of November 2018.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT BENJAMIN DOW ^ 2**