# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Telquist McMillen Clare PLLC, a Washington Professional Limited Liability Company; & Andrea J Clare, Individually )<br>*Plaintiff* )<br>v. )<br>Kevin P Clare, Individually )<br>*Defendant* ) | Civil Action No. 4:18-cv-05045-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 52, is GRANTED. Judgment in favor of Defendant and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: December 2, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza