FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA J. CLARE, individually, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>KEVIN P. CLARE, individually, <br><br>　　　　Defendant. | No. 4:18-CV-05045-SAB <br><br> **ORDER DISMISSING CASE** |

　　　Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 132. The parties indicate that this matter has been resolved and thereby request the Court to dismiss the case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby accepts the stipulation and dismisses the action.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case and all claims asserted therein are **DISMISSED with prejudice**.

2. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 4th day of April 2022.



*Stanley A. Bastian* (signature)

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE *2**